# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-3814
_____

HAROCHIO VARNADORE,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Prohibition or Writ of Certiorari—Original Jurisdiction.

January 14, 2019

PER CURIAM.

DENIED. *See Jackson v. State*, --- So. 3d --- 43 Fla. L. Weekly D2343, 2018 WL 4997615 (Fla. 1st DCA Oct. 16, 2018) (holding that 2016 amendment to section 782.04(1), Florida Statutes, does not apply when the arraignment occurred prior to the date of the statutory amendment).

B.L. THOMAS, C.J., and BILBREY and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Michael S. Bossen, Jacksonville, for Petitioner.

Ashley Brooke Moody, Attorney General, and Charmaine M. Millsaps, Senior Assistant Attorney General, Tallahassee, for Respondent.